IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ION GEOPHYSICAL CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 5:11-CV-00039-MHS-CMC |
| | § | |
| SERCEL, INC. | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER OF DISMISSAL

On January 4, 2013, Plaintiff ION Geophysical Corporation and Defendant Sercel, Inc. filed their Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED THAT all claims by Plaintiff ION Geophysical Corporation against Defendant Sercel, Inc. are hereby DISMISSED WITH PREJUDICE to refilling.

IT IS FURTHER ORDERED THAT all claims by Defendant Sercel, Inc. against Plaintiff ION Geophysical Corporation are hereby DISMISSED WITH PREJUDICE to refilling.

All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

**It is SO ORDERED.**

**SIGNED this 7th day of January, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE