IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ION GEOPHYSICAL CORP. | § | |
| | § | |
| V. | § | No. 5:11CV39 |
| | § | |
| SERCEL, INC. | § | |

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 7th day of January, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE